DANIELLE HARAN
~~XXXXXXXXXXXXXXXXXXX~~

USDC WESTERN DISTRICT OF TEXAS

VERSUS

ALL HUGHES UNIT WARDENS EXCEPT FRO GENE R  MILLER
ALL MAILROOM EMPLOYEES ALONG ITH SUPERVISOR MITHCELL
ALL STG GAN OFFCIERS INCLUDING UNIT SARGEANT PONCE OR BY ANY OTHER NAME
ALL SECURUSTECH EMPLOYEES: CORPORATION:  PRESIDENT: CEO AND OR BY ANY OTHER TITLE
ANY OTHER RELATED JOHN AND OR JANE DOE RELATED  PARTIES AS DSICOVERED THRU DISCOVERLY PORCESS

**FILED**
August 26, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ CV
           DEPUTY

FEDERAL LAWSUIT NON PRISONER

FEDERAL LAWSUIT

#1. complaint

   under Texas law I am common law marid to barry Patrick Emmett residing at hughes penatentiary.  We lived togetrh of and on from 1989 to 1995; Under Texas law living togterh over six months qualifies as  o common law married.

#2.   I signed up on tablet to communicate with my common law husband Patrick Emmett around mid july.

#3. He  submitted over 17 individual emaisl to me befroe my birthday in  august yet i was not alowed to receive any of these 17 emails.

#3. he also todl em he sent em over 7 written and  typed leters between  early july and  presnet mind August; and i did not receive any of tem. This is violatign 5th amendment due porcess; 14 amendment due porcess USC; also 1st amendemnt  USC;

#4. Then, i went to eamil Patrick around 17th of august and was blocked from emailing him any more; hence violatign 1st amendemnt USC.
No eamil notice was provided, adn cvontactign customer servcie on atblets is inconsequential and unproductiev and provdies no explnation as to why i was removed  from his ontatct list.

#5. All unit wardens on hughes except wardeon miller; all amilroom employees; all gang intelligence employees; all securustech employees adn CEO and presedent; TDCJ EXECUTIVE DIRECTRO TDCJ CORPORATION
 SECURUCTECH CORPORATION

PAGEPAGE @ 2 8-20-2024

    no party even provided the slightest reason as to why i was blockaded form communicating with my common law husband Patrick Emmett; This furterhmore violates DECEPTIEV TRADE AND PRACTICES ACT to where secuus tehc advertisees servcei then odes not provde such violatign UNIFROM COMMERCIAL CODE ANNOATTED CHAPTER !!

    I have a right to talk with my husband under common law Patrick emmett; and also to use servcies advertised and be notified if and when there was aborgation of servcies of such under due process 5th and 14th amendment USC constitution

    All is state under penalty of purjury

Danielle_Harman

8-20-2024

*[signature: Danielle Haran]*